UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCOS MARSHAWN STEELE,

    Plaintiff,

    v.

MARTHA KERR, et al.,

    Defendants.

Case No. C11-5793BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 16).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion to dismiss (Dkt. 12) is **GRANTED**; and

(3)     This action is **DISMISSED**.

DATED this 5th day of March, 2012.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER